```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       :

     v.                        :   CRIMINAL NO.  WDQ-07-0243

MICHAEL MORGAN, and            :
DANIEL JONES,
          Defendants.          :
                           ..ooOoo..
```

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, through undersigned counsel, hereby requests an order of forfeiture as to certain property owned by defendants Michael Morgan and Daniel Jones, and in support therefor states as follows:

1. On December 6, 2007, defendant Daniel Jones pled guilty to a violation of 8 U.S.C. §1324a. On December 7, 2007, defendant Michael Morgan pled guilty to a violation of 8 U.S.C. §1324.

2. On March 3, 2008, the Court issued Preliminary Orders of Forfeiture that ordered forfeiture of Jones and Morgan's interests in the following assets that constituted property that was used to facilitate, or was intended to be used to facilitate, the commission of the aforesaid violations:

> Morgan-Jones, LLC, d/b/a Jones Industrial Network; and
> MOJO Holdings, LLC.

3. The government provided a copy of the Preliminary Order of Forfeiture to Dale Kelberman, Esquire, counsel for Morgan, and to Andrew C. White, Esquire, counsel for Jones. The government also requested that the Department of Homeland Security publish notice of the forfeiture and the intent to dispose of the property in a newspaper of general circulation in the city or county where the

property was located.  The notice was published on March 24, 2008, in the Baltimore Sun.  A copy of the certification of publication is annexed hereto as Exhibit A.

4.  According to 21 U.S.C. § 853(n)(2), if any third party interest is claimed within 30 days of the final publication, the Court may then hold a hearing involving the government and the claimant to adjudicate the claimed interest.  No such claim has been filed. The government recognized the interests of Marjory Jones in the two businesses and she claimed no interest in the separate ownership interests of Michael Morgan and Daniel Jones.

5.  As a result of the foregoing, the government hereby requests that a final order of forfeiture be issued as to the interests of Michael Morgan and Daniel Jones in the following property:

>   Morgan-Jones, LLC, d/b/a Jones Industrial Network;
>   MOJO Holdings, LLC.

**WHEREFORE**, the government respectfully requests that the Court issue a Final Order of Forfeiture as to the interests of Michael Morgan and Daniel Jones in the above-specified property.  A draft order is submitted herewith for the convenience of the Court.

> Respectfully submitted,
> Rod J. Rosenstein
> United States Attorney
>
> ___/s/_____
> Richard C. Kay
> Assistant United States Attorney
> 36 S. Charles Street
> Fourth floor
> Baltimore, Maryland 21202
> Telephone 410-209-4800

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        :

        v.                      :     CRIMINAL NO.  WDQ-07-0243

MICHAEL MORGAN, and             :
DANIEL JONES,
        Defendants.             :
                           ..ooOoo..
```

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, through undersigned counsel, hereby requests an order of forfeiture as to certain property owned by defendants Michael Morgan and Daniel Jones, and in support therefor states as follows:

1. On December 6, 2007, defendant Daniel Jones pled guilty to a violation of 8 U.S.C. §1324a. On December 7, 2007, defendant Michael Morgan pled guilty to a violation of 8 U.S.C. §1324.

2. On March 3, 2008, the Court issued Preliminary Orders of Forfeiture that ordered forfeiture of Jones and Morgan's interests in the following assets that constituted property that was used to facilitate, or was intended to be used to facilitate, the commission of the aforesaid violations:

> Morgan-Jones, LLC, d/b/a Jones Industrial Network; and
> MOJO Holdings, LLC.

3. The government provided a copy of the Preliminary Order of Forfeiture to Dale Kelberman, Esquire, counsel for Morgan, and to Andrew C. White, Esquire, counsel for Jones. The government also requested that the Department of Homeland Security publish notice of the forfeiture and the intent to dispose of the property in a newspaper of general circulation in the city or county where the

property was located. The notice was published on March 24, 2008, in the Baltimore Sun. A copy of the certification of publication is annexed hereto as Exhibit A.

4. According to 21 U.S.C. § 853(n)(2), if any third party interest is claimed within 30 days of the final publication, the Court may then hold a hearing involving the government and the claimant to adjudicate the claimed interest. No such claim has been filed. The government recognized the interests of Marjory Jones in the two businesses and she claimed no interest in the separate ownership interests of Michael Morgan and Daniel Jones.

5. As a result of the foregoing, the government hereby requests that a final order of forfeiture be issued as to the interests of Michael Morgan and Daniel Jones in the following property:

> Morgan-Jones, LLC, d/b/a Jones Industrial Network;
> MOJO Holdings, LLC.

**WHEREFORE**, the government respectfully requests that the Court issue a Final Order of Forfeiture as to the interests of Michael Morgan and Daniel Jones in the above-specified property. A draft order is submitted herewith for the convenience of the Court.

> Respectfully submitted,
> Rod J. Rosenstein
> United States Attorney
>
> ___/s/_____
> Richard C. Kay
> Assistant United States Attorney
> 36 S. Charles Street
> Fourth floor
> Baltimore, Maryland 21202
> Telephone 410-209-4800